USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: 
DATE FILED: 9/15/2026

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

September 14, 2026

**VIA ECF**
Hon. Analisa Torres
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

*Re:* *M.L.. et al. v. N.Y.C. Dep't of Educ.,* 26-cv-2890 (AT)(SDA)

Dear Judge Torres:

I am a Special Assistant Corporation Counsel in the Office of the Corporation Counsel, the Steven Banks, attorney for Defendant the New York City Department of Education in the above-referenced action, wherein Plaintiff seeks solely attorneys' fees, costs and expenses for legal work on an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et. seq*. ("IDEA"), as well as for this action.

I write on behalf of the parties pursuant to the Court's June 16, 2026 Order (ECF No. 16) to respectfully request that the Court adjourn the submission of joint letter, Case Management Plan, and proposed Scheduling Order, until October 14, 2026. The purpose of this request for an adjournment is to allow the parties time to resolve this matter through settlement while conserving the resources of both the parties and the Court. Since the last request for an adjournment was granted on June 16, 2026 (ECF No. 16), the City's internal review process is nearly complete, and Defendant anticipates making an offer of settlement within the next few weeks.

I also write on behalf of Defendant to respectfully request a further 30-day extension of Defendant's time to respond to the Complaint—from September 14 to October 14, 2026. . Defendant apologizes for the lateness of this request (having not complied with Your Honor's 48-hour rule) and the inconvenience to the Court. This is the second request for an extension, the first request was granted on June 16, 2026. Plaintiff consents to the request. The requested extension will allow time for Defendant's counsel to complete the City's internal review process, and for the parties to engage in settlement discussions—ideally fully resolving this matter through settlement.

Accordingly, the parties respectfully request that the submission of the Case Management Plan and proposed Scheduling Order be adjourned until October 14, 2026, and Defendant respectfully requests that the time to respond to the Complaint be extended until October 14, 2026. The parties jointly propose that a further joint status letter be due by October 14, 2026—ideally advising the Court that this matter has settled, or otherwise filing a pre-motion letter and/or proposing a briefing schedule.

Thank you for considering these requests.

Respectfully submitted,

/s/

Lauren Howland
Special Assistant Corporation Counsel

cc: Michele Kule-Korgood , Esq. (via ECF)

GRANTED. By **October 14, 2026**, the parties shall file their proposed Case Management Plan and Scheduling Order; Defendant shall answer or otherwise respond to the Complaint; and the parties shall submit a joint status letter. All future requests for extensions of time shall comply with Rule I(C) of the undersigned's Individual Practices in Civil Cases.

SO ORDERED.

Dated: September 15, 2026
New York. New York

ANALISA TORRES
United States District Judge